

NUMBER 13-09-00410-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN THE MATTER OF DOLORES ORTIZ AGUILAR
AND JOSE LUIS AGUILAR AND IN THE INTEREST
OF J.L.A., JR. AND A.A.A., CHILDREN**

On appeal from the 343rd District Court
of Bee County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, Jose Luis Aguilar, *pro se* perfected an appeal from a judgment entered by the 343rd District Court of Bee County, Texas, in cause number B-08-1001-CV-C. Appellant has filed a motion stating the trial court's judgment constitutes no appealable issues. Appellant requests permission to withdraw his appeal.

The Court construes appellant's motion as a motion to dismiss the appeal. The Court, having considered the documents on file and appellant's motion to dismiss the

appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
27th day of May, 2010.